

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00226-CR

The **STATE** of Texas,
Appellant

v.

Lauro Eduardo **RUIZ**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4068
Honorable Andrew Carruthers, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order granting Appellee Lauro Eduardo Ruiz's motion to suppress is REVERSED and the matter is REMANDED to the trial court for further proceedings consistent with this opinion.

SIGNED July 26, 2017.

_____
Patricia O. Alvarez, Justice